UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

FRIEDRICH LU,
Plaintiff

v.

EMERGENCY SHELTER
COMMISSION OF CITY OF
BOSTON,
Defendant

00 CV 10614 EFH

## NOTICE OF REMOVAL

The Defendant-Petitioners City of Boston petition pursuant to 28 U.S.C. §1441 for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts the action entitled *Friedrich Lu v. Emergency Shelter Commission of City of Boston*, pending in Suffolk County as Civil Action No. 00-965G.

1. The Complaint, in Count One, involves allegations that the Defendants deprived the Plaintiffs of their constitutional rights and is brought pursuant to 42 U.S.C. §1983.

2. This action is subject to removal by the Defendants-Petitioners by virtue of the provisions of 28 U.S.C. §1441.

3. This petition for removal is filed within thirty days from the filing of Plaintiff's Complaint, copies of which are attached hereto.

4. The Suffolk Superior Court civil Docket Sheet reflects that there are no Co-Defendants, therefore no assent is required.

***Wherefore***, the defendants petition that this action be removed.

>
> Respectfully submitted,
> DEFENDANTS
> CITY OF BOSTON
> by their attorney,
>
> Merita A. Hopkins
> Corporation Counsel
>
>
> By: *[signature]*
> Andrea W. McCarthy
> Assistant Corporation Counsel
> City of Boston Law Department
> Room 615, City Hall
> Boston, MA 02201
> (617) 635-4039
> (BBO# 562206

## VERIFICATION

I, Andrea W. McCarthy, hereby swear under pains of penalties of perjury that the statements of fact in the petition are true and correct the best of my knowledge, information and belief.

        Respectfully submitted,
        CITY OF BOSTON
        by their attorney,

        Merita A. Hopkins
        Corporation Counsel

By: *(signed)*
        Andrea W. McCarthy
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4039
        (BBO# 562206

**CERTIFICATE OF SERVICE**

**I, Andrea W. McCarthy, hereby certify that on this date I served a copy of the foregoing documents upon attorney for the Plaintiff Friedrich Lu, pro se, c/o St. Francis House, P.O. Box 499, Eseex Station, Boston, MA 02112.**

3/29/01     *(signed)* Andrea W. McCarthy
Date